UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Tasheen Manzar Qureshi
Olga Anna Dmytrasz

Debtor(s)

Case No.: 09 B 44197

Chapter: 13

Judge Donald R. Cassling

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Tasheen Manzar Qureshi, Olga Anna Dmytrasz, Debtor(s), 326 Carriage Hill, Naperville, IL 60565
Alex Wilson, Attorney for Debtor(s), 55 East Monroe St., Suite #3400, Chicago, IL 60603

You are hereby notified that MGC MORTGAGE, INC has made post-petition advances of $826.00 towards BK fees and $25,183.12 towards outstanding real estate taxes in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtors are due to MGC MORTGAGE, INC for the contractual mortgage payment due 03/01/2011.  As of the 01/17/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 03/01/2011 through current post-petition mortgage payments. The current mortgage payment amount due each month is $1,823.61.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 04/13/2012, MGC MORTGAGE, INC rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on  March 14, 2012.

   /s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-09-41274)**

NOTE: This law firm is deemed to be a debt collector.